```
BENJAMIN B. WAGNER
United States Attorney
MARK J. McKEON
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone (559) 498-4000
Facsimile: (559) 497-4099

Attorneys for the
 United States of America
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RICHARD GREG POMARES, ) <br> ) <br> ) <br> Defendant. ) <br> ) <br> _____) | NO. 1:06-cr-00167 LJO <br><br> ORDER STAYING THE RELEASE <br> ORDER OF THE MAGISTRATE JUDGE <br> PENDING THE REVIEW BY THE <br> DISTRICT COURT |

On motion of the government, the magistrate judge's order of release after reopening of the matter by the government

IT IS HEREBY ORDERED that the magistrate judge's order of release on the above-referenced defendant is STAYED pending a hearing before this Court.

IT IS FURTHER ORDERED that the a hearing on this matter shall be held in this Court on September 2, 2011 at 8:15 a.m.

IT IS SO ORDERED.

**Dated:   September 1, 2011**          /s/ Lawrence J. O'Neill
                               UNITED STATES DISTRICT JUDGE

1