# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:06-cr-00167-LJO |
| Plaintiff, | **ORDER RE: PRO SE FILING** (Doc. 198) |
| vs. | |
| RICHARD GREG POMARES, | |
| Defendant. | |

On November 8, 2012, Katherine Louise Hart was appointed counsel for defendant Richard Greg Pomares ("Mr. Pomares"). (Doc. 197). On the same day, Mr. Pomares filed a pro se motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. (Doc. 198). Because Mr. Pomares is represented by counsel, only counsel may submit filings. Therefore, this Court declines to consider Mr. Pomares' § 2255 motion at this time. Counsel is directed to confer with Mr. Pomares regarding the motion. Should counsel choose to pursue the motion she may seek leave to amend.

The Clerk shall serve copies of this order on appointed counsel of record Katherine Louise Hart and Mr. Pomares individually and shall term doc 198.

IT IS SO ORDERED.

**Dated:   November 15, 2012             /s/ Lawrence J. O'Neill**
                                                          UNITED STATES DISTRICT JUDGE

1