# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GREG POMARES, | CASE NO. 1:06-cr-00167-LJO |
| Movant, | **ORDER VACATING ORDER RE:** |
| vs. | **PRO SE FILING** (Doc. 200) |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

The Court VACATES its November 15, 2012 "Order Re: Pro Se Filing" (Doc. 200) and will consider Mr. Pomares' pro se motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C. § 2255, under submission. (Doc. 198).

IT IS SO ORDERED.

**Dated:   November 26, 2012**        /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE